Byron Z. Moldo (CA SBN 109652)
  bmoldo@ecjlaw.com
Chase Stone (CA SBN 335228)
  cstone@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for Movant Eduardo Torres

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOSE REFUGIO FUENTES,<br><br>  Debtor. | Case No. 2:25-bk-11982-NB<br><br>Chapter 7<br><br>Hon. Neil Bason<br><br>**DECLARATION OF DEBBIE A. PEREZ RE: SERVICE OF NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (ACTION IN NONBANKRUPTCY FORUM)**<br><br>[*Concurrently filed with Proof of Service (Fed. R. Bankr. P. 7004(b)(9);(g), and 9014(a))*]<br><br>***Continued Hearing Date*:**<br>Date:  October 7, 2025<br>Time:  10:00 a.m.<br>Courtroom: 1545 |

### DECLARATION OF DEBBIE A. PEREZ:

I, Debbie A. Perez, hereby declare as follows:

1. I am a legal assistant employed by the law firm of Ervin Cohen & Jessup LLP. All statements contained within this declaration are true of my own personal knowledge.

2. My office represents Movant Eduardo Torres, in the case of Jose Refugio Fuentes, Case No. 2:25-bk-11982-NB pending in this Court.

3. On September 23, 2025, I caused the Notice of Motion and Motion for Relief from

---

18839.1:11657581.1                             1
DECLARATION OF DEBBIE A. PEREZ RE SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

1 the Automatic Stay Under 11 U.S.C. § 362 (with supporting declarations) (ACTION IN

2 NONBANKRUPTCY FORUM) (the "*Motion*"), which is on the court's website as docket number

3 27, to be served via the Court's CM/ECF system by Notice of Electronic Filing (NEF), and via

4 U.S. Mail on all parties reflected in the **Proof of Service** attached hereto and incorporated herein

5 by reference as **Exhibit "A."**

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed this 23rd day of September 2025 at Beverly Hills, California.

_____
Debbie A. Perez

# EXHIBIT "A"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DEBBIE A. PEREZ RE: NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 [ACTION IN NONBANKRUPTCY FORUM]**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 23, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David M Goodrich (TR)
dgoodrich@go2.law, c143@ecfcbis.com; dgoodrich11@ecf.axosfs.com; lrobles@go2.law

Christopher J Lauria on behalf of Debtor Jose Refugio Fuentes
laurialaw@gmail.com

Chase Aleksander Stone on behalf of Interested Party Eduardo Torres
cstone@ecjlaw.com, aantonio@ecjlaw.com, dperez@ecjlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 23, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Jose Refugio Fuentes
1291 College View Drive, Apartment C
Monterey Park, CA  91754

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R. Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/23/2025 | Debbie A. Perez | */s/ Debbie A. Perez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF.SERVICE**

EXHIBIT "A"
PAGE 3